JOSEPH J. WELCH, Appellant, *v.* ARCHIBALD M. GRAHAM et al., Respondents.

*Welch* v. *Graham*, 148 App. Div. 900, affirmed.
(Submitted March 11, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 2, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to foreclose a mortgage upon real property.

*E. W. Hamn* for appellant.

*Jefferson W. Hoag* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Absent: WILLARD BARTLETT, Ch. J.

---

JOHN MULCAHEY, Respondent, *v.* FEDERAL SUGAR REFINING COMPANY, Appellant.

*Mulcahey* v. *Federal Sugar Refining Co.*, 152 App. Div. 911, affirmed.
(Argued March 11, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 16, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for appellant.

*Don R. Almy, William S. Evans* and *L. F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Absent: WILLARD BARTLETT, Ch. J.